

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 160TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 8th day of May, 2015, the cause on appeal to revise or reverse the judgment between

MOVIE POSTER HOUSE, INC., Appellant

No. 05-14-01260-CV        V.

HERITAGE AUCTIONS, INC., Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-11040.
Opinion delivered by Justice Francis, Justices Lang-Miers and Whitehill participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee HERITAGE AUCTIONS, INC. recover {his/her/its/their} costs of this appeal from appellant MOVIE POSTER HOUSE, INC..

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 20th day of July, 2015.

_____
LISA MATZ, Clerk